IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| PHILIP AUERSWALD,<br><br>    *Plaintiff,*<br><br>v.<br><br>GEORGE MASON UNIVERSITY,<br><br>    *Defendant.* | Civil Case No.: 1:22-cv-01194 |

## VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Philip Auerswald, individually, and the Defendant, George Mason University, enter this Voluntary Stipulation of Dismissal with Prejudice, of this action with each party to bear its own costs and attorney fees. The Parties enter this Joint Stipulation upon the condition that both Parties fulfill their obligations outlined in the Settlement Agreement signed on March 24, 2023.

Respectfully submitted this 27th day of March 2023.

_____
Valerie A. Teachout, Esq. (VSB 70887)
THE SPIGGLE LAW FIRM, P.C.
3601 Eisenhower Ave, Suite 425
Alexandria, Virginia 22304
Direct Dial: (571) 513-6942
Telephone: (202) 449-8527
Facsimile: (202) 517-9179
E-Mail: vteachout@spigglelaw.com

*Attorney for Plaintiff Philip Aeurswald*

_____
Eli S. Schlam, Asst. Atty. Gen. (VSB 92987)
George Mason University
4400 University Drive,
MS 2A3
Fairfax, VA 22030
Phone: (703) 993-2619
Fax: (703) 993-2340
eschlam@gmu.edu

*Attorney for the Rector and Visitors of George Mason University*

So Ordered 3/27/23

_____
T. S. Ellis, III
United States District Judge